IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS MIKULANCE,

       Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                 Case No. 12-cv-158-wmc

RICK RAEMISCH, RANDALL R. HEPP,
KATHRYN ANDERSON, DEBORAH
RYCHLOWSKI, CAROL BRIONES,
TERRI MARCO and JODI DOUGHERTY,

       Defendants.

---

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants denying plaintiff leave to proceed and dismissing this case with prejudice.

| /s/ | 9/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |